This Action was tryed at the last County Court but Judgem<sup>t</sup> not untill now entred according to law, The Defend<sup>t</sup> being out of the Colony.

### [ SHARP v. BISHOPS ]

John Sharp Assigne of Sarah Gilbert plaint. cont<sup>a</sup> Samuel Bishop, Iohn Bishop and Benj<sup>n</sup> Bishop or either of them Defend<sup>ts</sup> in an Action of debt of two hundred and twelve pounds money due by bond. dat<sup>d</sup> 21° April. 1674. under the hands & Seales of the s<sup>d</sup> Samuel, John & Benj<sup>n</sup> Bishops, wherein they are jointly & severally bound for the payment thereof as by the s<sup>d</sup> bond may more fully appeare with damages. . . . The Iury . . . found for the plaint. two hundred & twelve pounds money forfiture of the bond & costs of Court At request of the plaint. and according to the payments by him acknowledged to have been made upon the s<sup>d</sup> bond The Court chancered this Forfiture to twelve pounds in money and costs of Court allowed thirty Shillings & Seven pence

Execution issued. 5<sup>d</sup> May. 1679.

This Action was tryed at the last County Court, but Judgem[t] not untill now entred according to law, The Defend[t] being out of the Colony.